JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DEAUNTAE SHEHEE, | Case No. CV 22-5293-SPG (JPR) |
| Petitioner, | |
| v. | JUDGMENT |
| HEATHER SHIRLEY, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus by Person in State Custody, IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed.

DATED: April 12, 2023

SHERILYN P. GARNETT
U.S. DISTRICT JUDGE